UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| CAROLYN MILLER ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action No. WMN 00 cv3233 |
| ) | |
| NEW BALTIMORE CITY ) | |
| BOARD OF SCHOOL COMMISSIONERS ) | |
| ) | |
| DEFENDANT ) | |

## PRAECIPE

The Clerk will please note that the proper name of the Defendant is New Baltimore City Board of School Commissioners. The Defendant's name as it appeared on the Complaint was Baltimore City Public School System. That entity was served. However, that entity asserted in its Answer that its proper name is New Baltimore City Board of School Commissioners. Therefore, the record should reflect the proper name of the Defendant.

Respectfully submitted,

Richard H. Semsker, #413886
Shannon M. Salb, #453197
LIPPMAN & SEMSKER, PLLC
1120 G Street, NW
Suite 200
Washington, DC 20005

Attorneys for Plaintiff

APPROVED
January 18, 01
WMNickerson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe was delivered by pre-paid first class U.S. Mail this 17th day of January, 2001, to:

Brian Williams
New Baltimore City Board of School Commissioners
200 E. North Avenue
Suite 208
Baltimore, Md 21202

*[signature]*
Shannon M. Salb, Esq.