UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| CAROLYN MILLER ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action No. WMN 00 cv3233 |
| ) | |
| NEW BALTIMORE CITY ) | |
| BOARD OF SCHOOL COMMISSIONERS ) | |
| ) | |
| DEFENDANT ) | |

### STATUS REPORT

Pursuant to this Court's Scheduling Order, the Parties hereto, by and through their respective under-signed counsel, hereby make the following report:

1. The parties have not agreed to request early mediation.

2. The parties agree that each side shall be limited to 40 hours of deposition time absent further agreement by the parties.

3. The parties are not willing to consent to proceed before a magistrate.

Respectfully submitted,

*Approved 1/18/01*

/s/ Brian Williams
Brian Williams
Sally A. Robinson
New Baltimore City Board of
School Commissioners
200 E. North Avenue Suite 208
Baltimore, Md 21202
(410) 396-8770
Counsel for Defendant

Shannon Micah Salb, Esq.
Richard H. Semsker, Esq.
LIPPMAN & SEMSKER, PLLC
1120 G Street, N.W., Suite 200
Washington, D.C. 20005
(202) 824-8100

Counsel for Plaintiff



## Certificate of Service

I hereby certify that a copy of the foregoing status report was mailed, postage prepaid this 17th day of January 20001 to:

>Brian Williams
>Sally A. Robinson
>New Baltimore City Board of
>School Commissioners
>200 E. North Avenue Suite 208
>Baltimore, Md  21202

_____
Richard Semsker