FILED ENTERED
LODGED RECEIVED

MAY 11 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                          DEPUTY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| CAROLYN MILLER | ) |
| PLAINTIFF | ) |
| v. | ) Civil Action No. 00cv3233 WMN. |
| NEW BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS | ) |
| DEFENDANT | ) |

### ORDER

Upon consideration of the Plaintiff's Consented To Motion to Enlarge Discovery,, it is this  11th  day of  May , hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Plaintiff shall have up to and including July 6, 2001, within which to complete her depositions in this matter.

SO ORDERED.

_____
Honorable William Nickerson

<u>Copies to</u>:
Richard H. Semsker, Esq.
Shannon M. Salb, Esq.
LIPPMAN & SEMSKER, PLLC
1120 G Street, N.W., Suite 200
Washington, D.C. 20005

Brian Williams
Sally A. Robinson
New Baltimore City Board of
School Commissioners
200 E. North Avenue Suite 208
Baltimore, Maryland 21202