UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| CAROLYN MILLER )<br><br>PLAINTIFF )<br><br>v. )<br><br>NEW BALTIMORE CITY )<br>BOARD OF SCHOOL COMMISSIONERS )<br><br>DEFENDANT ) | Civil Action No. 00cv3233 WMN |

## ORDER

Upon consideration of the Parties' Joint Motion to Enlarge the Time to Complete Discovery, it is this __28th__ day of __June__, hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the parties shall have up to and including August 31, 2001, within which to complete their depositions.

SO ORDERED.

_____
Honorable William Nickerson

Copies to:
Richard H. Semsker, Esq.
Shannon M. Salb, Esq.
LIPPMAN & SEMSKER, PLLC
1120 G Street, N.W., Suite 200
Washington, D.C. 20005

Brian K. Williams, Esq.
Sally A. Robinson, Esq.
New Baltimore City Board of
   School Commissioners
200 E. North Avenue Suite 208
Baltimore, Maryland 21202

