```
                                          FILED
                                      U.S. DISTRICT COURT
                                      DISTRICT OF MARYLAND
         UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF MARYLAND  15  P 3: 02
```

                                          CLERK'S OFFICE
                                          AT BALTIMORE

| | |
|---|---|
| CAROLYN MILLER ) | _____DEPUTY |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action No. 00cv3233 WMN. |
| ) | |
| NEW BALTIMORE CITY ) | |
| BOARD OF SCHOOL COMMISSIONERS ) | |
| ) | |
| DEFENDANT ) | |

## ORDER

Upon consideration of the Parties' Joint Motion to Enlarge the Time to Complete Discovery, it is this **15th** day of **August, 2001**, hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the parties shall have up to and including October 12, 2001, within which to complete discovery in this matter.

SO ORDERED.

_____
Honorable William Nickerson

Copies to:
Richard H. Semsker, Esq.
Shannon M. Salb, Esq.
LIPPMAN & SEMSKER, PLLC
1120 G Street, N.W., Suite 200
Washington, D.C. 20005

Brian Williams
Sally A. Robinson
New Baltimore City Board of
School Commissioners
200 E. North Avenue Suite 208
Baltimore, Maryland 21202



## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing <u>Joint Motion to Enlarge the Time to Complete Discovery</u> was served by facsimile and first-class mail, postage prepaid, this ___ day of August, 2001, upon:

>Brian Williams
>Sally A. Robinson
>New Baltimore City Board of
>School Commissioners
>200 E. North Avenue Suite 208
>Baltimore, Maryland  21202
>(410) 396-2955

>_____
>Shannon M. Salb