UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| CAROLYN MILLER ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civil Action No. 00cv3233 WMN. |
| ) | |
| NEW BALTIMORE CITY ) | |
| BOARD OF SCHOOL COMMISSIONERS ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

### ORDER

Upon consideration of the Plaintiff's Motion to Enlarge the Time to Oppose Summary Judgment, it is this __8th__ day of __March, 2002__ hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Plaintiff shall have up to and including March 25, 2002, within which to file her Opposition to the Defendant's Motion for Summary Judgment.

SO ORDERED.

Honorable William Nickerson

Copies to:
Richard H. Semsker, Esq.
Shannon M. Salb, Esq.
LIPPMAN & SEMSKER, PLLC
1120 G Street, N.W., Suite 200
Washington, D.C. 20005

Brian Williams
Sally A. Robinson
New Baltimore City Board of
School Commissioners
200 E. North Avenue Suite 208
Baltimore, Maryland 21202

