IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAROLYN MILLER | * | |
| **Plaintiff** | * | |
| v. | * | |
| | * | |
| NEW BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS | * | CASE NO.: 00CV3233 |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Motion to Enlarge the Time to Complete Discovery, it is this ___23rd___ day of April 2002, hereby

ORDERED that Defendant's Motion is, GRANTED; and it is further

ORDERED that the Defendant shall have up to and including April 29, 2002, within which to file a reply memorandum to Plaintiff's Opposition to Defendant's Motion for Summary Judgement.

                                               _____
                                               Honorable William M. Nickerson
                                               United States District Judge