**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CAROLYN MILLER                         :

                                              :

v.                                              Civil Action WMN-00-3233

                                              :

NEW BALTIMORE CITY BOARD
    OF SCHOOL COMMISSIONERS      :

## ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 3rd day of June, 2002 by the United States District Court for the District of Maryland, ORDERED:

1) That Defendant's Motion for Summary Judgment, Paper No. 24, is GRANTED in part and DENIED in part, in that the motion is granted as to Counts One and Three, but denied as to Count Two; and

2) That the Clerk of Court shall mail or transmit a copy of this Memorandum and Order to all counsel of record.

William M. Nickerson
United States District Judge