IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CAROLYN MILLER** | * | |
| Plaintiff | * | |
| v. | * | Case No.  WMN-00-3233 |
| **NEW BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS** | * | |
| Defendant | * | |

\* \* \* \* \* \*

## ORDER OF JUDGMENT

The jury having returned a verdict on July 16, 2002, in favor of the Defendant against the Plaintiff, it is this ___17th___ day of ___July___, 2002,

**ORDERED,**

1.  Judgment is entered in favor of Defendant **New Baltimore City Board of School Commissioners** against Plaintiff **Carolyn Miller**, with costs; and

2.  Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

WILLIAM M. NICKERSON
SR. UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 12/2000) - Order of Judgment (in favor of Defendant)